FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 01, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DESIREE RENEE KENNEDY, <br><br> Defendant. | No. 2:18-CR-00226-TOR-1 <br><br> ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS |

Before the Court is Defendant's Unopposed Motion to Modify Release Conditions, **ECF No. 22**. Defendant recites in her motion that neither the United States, nor U.S. Probation oppose this request, **ECF No. 22**.

Specifically, Defendant requests permission to travel to the Western District of Washington to attend her son's football games on the following dates:

        February 10, 2019, Seattle, Washington

        March 17, 2019, Vancouver, Washington

        March 31, 2019, Bellingham, Washington

        April 28, 2019, Seattle, Washington

        May 26, 2019, Seattle, Washington

**IT IS ORDERED**, that Defendant's Motion, **ECF No. 22**, is **GRANTED**. Defendant is permitted to travel to the Western District of Washington on the dates outlined above. Prior to departure Defendant shall provide Pretrial Services with an address where she shall be residing, and a telephone number where she may be

ORDER ~ 1

contacted at any time.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED February 1, 2019.


_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2