Joseph H. Harrington
United States Attorney
Eastern District of Washington
Earl A. Hicks
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 14 2019

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESIREE RENEE KENNEDY,<br><br>Defendant. | 2:18-CR-0226-TOR<br><br>Pretrial Diversion Agreement |

Plaintiff, United States of America, by and through Joseph H. Harrington, United States Attorney for the Eastern District of Washington, and Earl A. Hicks, Assistant United States Attorney for the Eastern District of Washington, and Defendant DESIREE RENEE KENNEDY and Defendant's counsel, Kent Neil Doll, Jr., agree to the following Pretrial Diversion Agreement:

**PRETRIAL DIVERSION AGREEMENT**

1. The Grand Jury alleges in an Indictment returned on December 18, 2018, that Defendant committed the following offense against the United States in the Eastern District of Washington: Harboring or Concealing Person from Arrest, in violation of 18 U.S.C. § 1071.

2. On the authority of the United States, prosecution in the Eastern District of Washington for the offense alleged in the Indictment (ECF No. 14) shall be deferred for a period of 24 months from the date of the filing of this Pre-Trial

Pretrial Diversion Agreement - 1

Diversion Agreement and then dismissed, provided Defendant, Desiree Renee Kennedy, abides by the following conditions and the requirements of the Pre-Trial Diversion program, set out below in this Pre-Trial Diversion Agreement.

3. The United States may release Defendant, Desiree Renee Kennedy, from this agreement at any time. The United States may at any time within the period of Defendant's, Desiree Renee Kennedy's, deferral reinitiate prosecution for the offense alleged in the Indictment (ECF No. 14) should Defendant, Desiree Renee Kennedy, violate the conditions of this Pre-Trial Diversion Agreement. In that event, the United States will furnish Defendant, Desiree Renee Kennedy, with notice specifying the conditions of the Pre-Trial Diversion Agreement that she violated. Defendant, Desiree Renee Kennedy, agrees the determination of whether the Defendant has violated the terms of this Pre-Trial Diversion Agreement shall be made by the Court.

4. Upon successful completion of the terms set forth in this Pre-Trial Diversion Agreement, the United States will move to dismiss, with prejudice, the Indictment in this matter at ECF No. 14.

5. This Pre-Trial Diversion Agreement will not be used against the Defendant, Desiree Renee Kennedy, in connection with any prosecution for the above-described offense.

6. The following conditions apply:

    a. Defendant, Desiree Renee Kennedy, shall not commit a violation of any law (federal, state and local). This condition shall not apply to infractions. Defendant Desiree Renee Kennedy shall immediately contact her Pre-Trial Diversion supervisor if she is arrested and/or questioned by any law enforcement officer.

    b. If the Defendant desires to move out of the District, she shall obtain permission from her diversion supervisor so that the appropriate transfer of program responsibility can be made prior to her relocation.

c. Defendant Desiree Renee Kennedy shall report any change of residence to U.S. Probation/Pretrial Services.

d. Defendant, Desiree Renee Kennedy, shall perform four (4) hours of community service each month during the period she is on Pre-Trial Diversion. The type of community service shall be approved by U.S. Probation/Pretrial Services. Defendant is required to provide proof of her completion of her community service to U.S. Probation.

e. Other than the contacts with U.S. Probation/Pretrial Services as described above, Defendant, Desiree Renee Kennedy, shall be unsupervised by the agency during the period of deferred prosecution. U.S. Probation/Pretrial Services will run a criminal record check of Defendant quarterly, and will inform the United States, defense counsel, and the Court if Defendant has violated any law.

f. Defendant, Desiree Renee Kennedy, agrees to waive all time-based challenges to prosecution, including but not limited to those related to the Speedy Trial Act.

g. Defendant, Desiree Renee Kennedy, agrees to hold all law enforcement and the United States, its agents, and its employees, harmless from any claims whatsoever arising in connection with the prosecution, investigation, and resolution of *United States v. Desiree Renee Kennedy*, 2:18-CR-0226-TOR.

Joseph H. Harrington
United States Attorney

*Earl A. Hicks*                  2/14/2019
Earl A. Hicks                  DATE
Assistant United States Attorney

# REQUEST FOR PRE-TRIAL DIVERSION
# BY DESIREE RENEE KENNEDY

I, Desiree Renee Kennedy, assert and certify that I am aware of the fact that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also am aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an Indictment, Information, or Complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an Information, or in bringing a defendant to trial. I hereby request that the United States Attorney for the Eastern District of Washington defer any prosecution of me for a period of 24 months, for the following violations alleged in the Indictment returned in this matter on December 18, 2018, ECF No. 14, charging me with Harboring or Concealing Person from Arrest, in violation of Title 18 U.S.C. § 1071.

To induce the United States Attorney for the Eastern District of Washington to defer such prosecution, I, Desiree Renee Kennedy, agree and consent that any delay from the date of this Agreement to the date of the initiation of the prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request and I waive any defense to such prosecution on the ground that such delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the Constitution of the United States to a speedy trial or to bar the prosecution by reason of the running of the statute of limitations for the effective period of this Diversion Agreement. I, Desiree Renee Kennedy, also agree to all of the terms and conditions set forth in this Pre-Trial Diversion Agreement.

//

//

//

I hereby state that the above has been read by me and explained to me by my attorney. I understand the conditions of my Pre-Trial Diversion and agree that I will comply with them.

_____  2/14/19
Desiree Renee Kennedy            DATE

_____  2/14/19
Kent Neil Doll, Jr.              DATE
Attorney for Desiree Renee Kennedy

APPROVED without passing judgment on the merits or wisdom of this diversion.

_____  2/14/2019
Thomas O. Rice                   DATE
Chief United States District Judge

Pretrial Diversion Agreement - 5